## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| DIANE R. GOCHIN, | : No. 161 MM 2014 |
| Petitioner | : |
| v. | : |
| JUDGE GAIL WEILHEIMER MONTGOMERY COUNTY COURT OF COMMON PLEAS, | : |
| Respondent | : |
| REAL PARTIES INTEREST: NORMAN ROSETSKY | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.